1  Derek H. Lim (Bar No. 209496)
   Shannon E. Mallory (Bar No. 285569)
2  **DEMLER, ARMSTRONG & ROWLAND, LLP**
   1350 Treat Boulevard, Suite 400
3  Walnut Creek, CA 94597
   Telephone:    (415) 949-1900
4  Facsimile:    (415) 354-8380
   Email:        lim@darlaw.com
5                mal@darlaw.com

6  Attorneys for Defendants
   SWIFT TRANSPORTATION CO. OF
7  ARIZONA, LLC and SCOTT HARLEY JEWELL

8  Robert A. Piering (Bar No. 166858)
   John D. Beals (Bar No. 200596)
9  **PIERING LAW FIRM**
   775 University Avenue
10 Sacramento, CA 95825
   Telephone:    (916) 446-1944
11 Facsimile:    (916) 446-1222
   Email:        rob@pieringlawfirm.com
12               john@pieringlawfirm.com

13 Attorneys for Plaintiff
   BHENJANELL DAYRIT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BHENJANELL DAYRIT,<br><br>             Plaintiff,<br><br>v.<br><br>SWIFT TRANSPORTATION CO OF ARIZONA, LLC, a business organization of unknown status; SCOTT HARLEY JEWEL; and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No. 2:18-CV-02855-JAM-DB<br><br>**STIPULATION AND ORDER TO CONTINUE EXPERT DISCOVERY AND DISCOVERY CUT OFF DEADLINES**<br><br>Action Filed:    June 28, 2017<br>Removal Date:  October 25, 2018<br>Trial Date:      June 8, 2020 |

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 143, Defendants SWIFT TRANSPORTATION CO. OF ARIZONA, LLC and SCOTT HARLEY JEWELL ("Defendants") and Plaintiff BHENJANELL DAYRIT ("Plaintiff"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

///

1. The parties have been diligently conducting discovery in this matter. The parties have exchanged initial disclosures and written discovery; Defendants have obtained Plaintiff's medical records and are working to obtain pertinent records and information concerning the automobile insurance for the vehicle Plaintiff was operating at the time of the subject accident, including via records subpoenas and depositions; and Defendants have deposed Plaintiff and his aunt and named insured on said policy. The parties are also working cooperatively to reschedule the depositions of Plaintiff's mother and friend, which were taken off calendar last minute due to unavailability.

2. The parties have agreed to participate in mediation with Nicholas K. Lowe on October 14, 2019. This was his earliest available date.

3. The parties are presently meeting and conferring about scheduling a Federal Rule of Civil Procedure 35 physical examination of Plaintiff.

4. Initial expert disclosures are currently due on November 22, 2019. This leaves the parties with about one (1) month after mediation to disclose expert witnesses and their reports.

5. For purposes of judicial economy and efficiency, and to allow the parties' some additional time for discovery post-mediation, the parties hereby stipulate and agree that it is in the best interests of this matter to extend the expert discovery deadlines and the discovery cut off deadline by approximately one (1) month. The parties do not seek a continuance of any other deadlines, or to continue the May 1, 2020 final pre-trial conference or the June 8, 2020 jury trial.

6. This is the parties' first request for an extension of time.

7. The parties submit that there would be no prejudice by continuing these discovery deadlines.

///
///
///

8. Based on the foregoing reasons, and for good cause shown, the parties hereby stipulate and agree to the following proposed schedule, or to continued dates as set by this court:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Expert Disclosure** | November 22, 2019 | December 20, 2019 |
| **Rebuttal Expert Disclosure** | December 6, 2019 | January 6, 2020 |
| **Close of Discovery** | January 24, 2020 | February 1, 2020 |
| **Dispositive Motion Filing Deadline** | February 25, 2020 | February 25, 2020 |
| **Dispositive Motion Hearings** | March 24, 2020 | March 24, 2020 |
| **Final Pre-Trial Conference** | May 1, 2020 | May 1, 2020 at 10 a.m. |
| **Jury Trial (7-10 Day Estimate)** | June 8, 2020 | June 8, 2020 at 9 a.m. |

**IT IS SO STIPULATED:**

Dated: September 25, 2019     DEMLER, ARMSTRONG & ROWLAND, LLP


By: /s/ Derek H. Lim
    Derek H. Lim
    Shannon E. Mallory
    Attorneys for Defendants
    SWIFT TRANSPORTATION CO. OF
    ARIZONA, LLC and SCOTT HARLEY
    JEWELL


Dated: September 25, 2019     PIERING LAW FIRM


By: /s/ Robert A. Piering
    (as approved on September 25, 2019)
    Robert A. Piering
    John D. Beals
    Attorneys for Plaintiff
    BHENJANELL DAYRIT

**IT IS SO ORDERED:**

Dated: 9/25/2019     /s/ John A. Mendez_____
    U.S. DISTRICT COURT JUDGE

3     Case No. 2:18-CV-02855-JAM-DB
STIPULATION AND [proposed] ORDER TO CONTINUE DISCOVERY DEADLINES