Robert A. Piering (Bar No. 166858)
John D. Beals (SBN 200596)
**PIERING LAW FIRM**
775 University Avenue
Sacramento, CA 95825
Telephone: (916) 446-1944
Facsimile: (916) 446-1222
Email: rob@pieringlawfirm.com
john@pieringlawfirm.com

Attorneys for Plaintiff
BHENJANELL DAYRIT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BHENJANELL DAYRIT,<br><br>                Plaintiff,<br><br>    v.<br><br>SWIFT TRANSPORTATION CO OF ARIZONA, LLC, a business organization of unknown status; SCOTT HARLEY JEWEL; and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. 2:18-CV-02855-JAM-DB<br><br>**STIPULATION REGARDING DISMISSAL**<br><br>Action Filed:    June 28, 2017<br>Removal Date:  October 25, 2018<br>Trial Date:       June 8, 2020 |

It is hereby stipulated by and between parties, through their respective counsel of record, that the action be and is hereby dismissed with prejudice, each party bearing their own costs and attorneys' fees.

///

///

///

1
STIPULATION AND [PROPOSED] ORDER REGARDNG DISMISSAL

| | |
|---|---|
| Dated: March 2, 2020 | PIERING LAW FIRM |
| | By: _____/s/_____ |
| | Robert A. Piering |
| | Attorneys for Plaintiff |
| | BHENJANELL DAYRIT |
| Dated: March 3, 2020 | DEMLER ARMSTRONG & ROWLAND LLP |
| | By: _____/s/_____ |
| | Shannon E. Mallory |
| | Derek H. Lim |
| | Attorneys for Defendants |
| | SCOTT HARLEY JEWELL, and |
| | SWIFT TRANSPORTATION CO. OF |
| | ARIZONA, LLC |

**IT IS SO ORDERED:**

Dated: March 6, 2020

/s/ John A. Mendez
HON. JOHN A. MENDEZ